### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| JANE CROHAN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION FILE |
| | : | NO. 1:11-CV-01664-JOF |
| v. | : | |
| | : | |
| COBB COUNTY SCHOOL | : | |
| DISTRICT, and CHERYL MAULDIN, | : | |
| | : | |
| Defendants. | : | |

## <u>RULE 5.4 CERTIFICATE OF SERVICE</u>

I hereby certify that on the 17th day of October, 2011, I served a **NOTICE**

**TO TAKE DEPOSITION OF JANE CROHAN** via U.S. Mail upon counsel for

Plaintiff at the following address with sufficient postage to deliver same:

> A. Lee Parks
> James E. Radford, Jr.
> Parks, Chesin & Walbert, P.C.
> 75 Fourtheenth Street, 26th Floor
> Atlanta, GA  30309

(signature on following page)

**BROCK, CLAY, CALHOUN & ROGERS, LLC**
Attorneys for Defendants


 */s/Randall C. Farmer*
Randall C. Farmer
Georgia Bar No. 255345
Starlette  Harris Mosley
Georgia Bar No. 843808

49 Atlanta Street
Marietta, GA 30060
Phone:  770-422-1776
Fax:  770-426-6155
rfarmer@brockclay.com
smosley@brockclay.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| JANE CROHAN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION FILE |
| | : | NO. 1:11-CV-01664-JOF |
| v. | : | |
| | : | |
| COBB COUNTY SCHOOL | : | |
| DISTRICT, and CHERYL MAULDIN, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2011, I electronically filed the foregoing Rule 5.4 Certificate of Service using CM/ECF which will automatically send e-mail notification of such filing to the following attorneys of record.

> A. Lee Parks
> James E. Radford, Jr.
> Parks, Chesin & Walbert, P.C.
> 75 Fourteenth Street, 26th Floor
> Atlanta, GA  30309

(signature on following page)

**BROCK, CLAY, CALHOUN & ROGERS, LLC**
Attorneys for Defendants

  */s/Randall C. Farmer*  
Randall C. Farmer
Georgia Bar No. 255345
Starlette  Harris Mosley
Georgia Bar No. 843808

49 Atlanta Street
Marietta, GA 30060
Phone:  770-422-1776
Fax:  770-426-6155
rfarmer@brockclay.com
smosley@brockclay.com

1275982_1.DOC